IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REBECCA KOBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22cv879 |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR SUBSTITUTION**

Defendant UnumProvident Corporation ("UnumProvident"), with the agreement of Plaintiff Rebecca Kober ("Plaintiff"), by her counsel, and for good cause shown, hereby moves this Court to (1) dismiss UnumProvident without prejudice and substitute Unum Life Insurance Company of America ("Unum") and Provident Life and Accident Insurance Company ("Provident") as the sole Defendants, and (2) change the caption of the case to reflect that change. A sketch order granting the relief requested above is attached.

The parties waive a hearing on this motion.

WHEREFORE, Defendant UnumProvident Corporation hereby requests that the Court grant this motion to substitute Unum Life Insurance Company of America and Provident Life and Accident Insurance Company as the Defendants in place of UnumProvident Corporation, which should be dismissed without prejudice.

UNUMPROVIDENT CORPORATION

By: /s/Andrew J. Henson_____
David E. Constine, III (VSB No. 23223)
Andrew J. Henson (VSB No. 95622)
Troutman Pepper Hamilton Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.constine@troutman.com
andrew.henson@troutman.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 17th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing to:

        Richard D. Carter, Esquire
        416 Jefferson Street
        Annapolis, MD  21403
        rcarter@richcarterlaw.com


        /s/ Andrew J. Henson

135222559