IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| REBECCA KOBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22cv879 |
| | ) |
| UNUMPROVIDENT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon motion of UnumProvident Corporation ("UnumProvident"), with the agreement of Plaintiff Rebecca Kober ("Plaintiff"), by her counsel, and for good cause shown, it is hereby

**ORDERED**:

That UnumProvident Corporation is hereby dismissed without prejudice, that Unum Life Insurance Company of America ("Unum") and Provident Life and Accident Insurance Company ("Provident") are substituted as Defendants in this matter, and that the caption of the case shall be changed to reflect the substitution of Unum and Provident as the Defendants.

**IT IS SO ORDERED**

ENTER:      /      /

_____
JUDGE

135223334v1